IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                               No. 3:20-cr-36-DPM

DERRICK MOTON                                                  DEFENDANT

ORDER

Derrick Moton is serving an eight-year sentence for possessing methamphetamine with the intent to distribute and for possessing a firearm in furtherance of a drug-trafficking crime. *Doc. 51*. He has served about half his sentence. He now moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) to care for his fifty-nine-year-old brother, Clark, who suffered a debilitating seizure in October 2023. *Doc. 53 at 3*. He has exhausted his administrative remedies, so he can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A). The Government opposes any sentence reduction.

Moton has provided some of his prison records and a few letters from his siblings, including Clark. These are helpful; but the Court needs more information before it can reach the merits. Moton must show that his post-sentencing circumstances have changed in a way that is extraordinary and compelling. *United States v. Avalos Banderas*, 39 F.4th 1059, 1062 (8th Cir. 2022). That generally requires verifiable evidence. *United States v. DeFoggi*, Case No. 22-2327, 2023 WL 4112142,

at *2 (8th Cir. 22 June 2023). Moton hasn't provided any of his brother's medical records. And several key questions remain unanswered: How much care does Clark require? Does Clark, or does the family, have the means to hire a professional caregiver? Is government assistance available? Are there any other relatives (beyond siblings) or close friends who are available to help? On the current record, Moton hasn't established an extraordinary and compelling reason for release.

\* \* \*

Moton's motion, *Doc. 53*, is denied without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2024